5/8/2014                         **THURSDAY**                        Judge Elizabeth L Perris

11:00 AM      ■ 13-3291  elp      Baek Family Partnership, LLC  vs  Thomas
CR 1           13-35719   7

                             **Trial Continued**
                             Baek Family Partnership, LLC - pla   TERESA H PEARSON
                             Gregory Dale Thomas - def           JOSEPH W PATTERSON

**Evidentiary Hearing:**    Yes: ☐   No: ☐

Determined debt in the amount of $398,568.14 is nondischargeable under 523(a)(2)(B).

**Order to be prepared by:**    ☐ clerk's office    ☐ chambers    ☒ Burton

**OD3 - Dismissal Order**

    #1 _____ Settled _____ (21) days.

    #2 _____ to Prepare Judgment/order _____ (21) days.

    #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**

    #1 _____ Planning conf. by ___.___.___ / Conf. Report by ___.___.

    #2 _____ Planning conf. by ___.___.___ / No report.

    #3 _____ Discovery can proceed.

    #4 _____ No planning conf./Initial disclosures by ___.___.___

    #5 _____ Discovery limited to _____.

**DOCKET ENTRY:**

In Re: Back Family Partnership LLC

Case # 13-3291

Debtor: Gregory Thomas

## List of Persons Attending

Hearing date 5/6/14

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Joseph Peterson | Debtor - Gregory Thomas |
| Andrea Barton | Back Family Partnership |
| Mark Rutherford | ↓ Attorney ↓ |
| Teresa Pearson | ↓ |
| Gregory Thomas | phone |

Case 13-03291-elp   Doc 34   Filed 05/08/14