Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: 0.09%.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREGORY DALE THOMAS**,<br>    Debtor. | Case No. 13-35719-elp7<br>Chapter 7<br>Adversary Proceeding No. 13-03291-elp |
| **BAEK FAMILY PARTNERSHIP, LLC**,<br>    Plaintiff,<br>v.<br>**GREGORY DALE THOMAS**,<br>    Defendant. | **JUDGMENT AGAINST DEFENDANT AND DEBTOR GREGORY DALE THOMAS** |

      This matter came before the Court on May 6 and 8, 2014, for trial. Plaintiff Baek Family Partnership, LLC, ("BFP") appeared by and through its attorneys Teresa H. Pearson and Andrea M. Barton. Defendant debtor Gregory Dale Thomas appeared by and through his attorney Joseph Patterson. Based on the trial proceedings, the Court's findings of fact and conclusions of law, which were stated orally on the record on May 8, 2014, and the records and files herein, BFP is entitled to judgment against defendant Gregory Dale Thomas.

Page 1 of 2    Judgment Against Defendant and Debtor Gregory Dale Thomas

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

PDXDOCS:2034122.3

Case 13-03291-elp   Doc 35   Filed 05/30/14

Now, therefore, it is hereby

ORDERED AND ADJUDGED that

1. Judgment is entered against debtor and defendant, Gregory Dale Thomas, in favor of plaintiff Baek Family Limited Partnership, LLC, in the principal amount of $398,568.14; together with simple interest accruing on the foregoing amount at the federal judgment rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until fully paid.

3. The foregoing amount set forth in paragraph 1 is a nondischargeable debt pursuant to 11 U.S.C. § 523(a)(2)(B).

# # #

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:

MILLER NASH LLP

/s/ Teresa H. Pearson
_____
Teresa H. Pearson, P.C., OSB No. 953750
teresa.pearson@millernash.com
Andrea M. Barton, OSB 092760
andrea.barton@millernash.com
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

*Attorneys for Creditor and Plaintiff*
*Baek Family Partnership, LLC*

Names and Addresses of Contesting Parties who are not, and whose attorneys are not, ECF Participants: None

Page 2 of 2   Judgment Against Defendant and Debtor Gregory Dale Thomas

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

PDXDOCS:2034122.3

Case 13-03291-elp   Doc 35   Filed 05/30/14